IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONALD WAYNE JAMES,**

    **Plaintiff,**

vs.	CASE NO. 1:08CV190-MP/AK

**ALACHUA COUNTY JAIL, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint on September 5, 2008 alleging that he was transferred and denied law library time and copies while incarcerated at the Alachua County Jail. (Doc. 1). He was advised by Order dated September 23, 2008, that he must file an amended complaint and submit the full filing fee or a motion for IFP on or before October 25, 2008. (Doc. 3). He submitted the motion for IFP (doc. 4), but did not file an amended complaint as requested such that an Order to Show Cause was entered on February 6, 2009, directing a response on or before February 28, 2009. (Doc. 6). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint.  (Docs. 3 and 6).  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **3rd** of March, 2009.

  *s/ A. KORNBLUM*
  **ALLAN KORNBLUM**
  **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:02CV396-SPM/AK